IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUAN QUEZADA,

    Plaintiff,

vs.                                    No. CIV-11-0026 GBW/LAM

ALLSTATE INSURANCE COMPANY
a/k/a ALLSTATE CORPORATION,

    Defendant.

## ORDER TO FILE CLOSING DOCUMENTS
## AS A RESULT OF SETTLEMENT

A settlement conference was held in this case on May 9, 2011, and the case settled.

**WHEREFORE, IT IS HEREBY ORDERED THAT** closing documents must be filed no later than **Thursday, June 9, 2011**, absent a request for an extension and a showing of good cause.

**IT IS FURTHER ORDERED THAT** all settings in this case *before the Honorable Lourdes A. Martínez* are **VACATED** *(all other settings shall remain the same unless otherwise notified by the presiding judge).*

**IT IS SO ORDERED.**

                                                  */s/ Lourdes A. Martínez*
                                                  **LOURDES A. MARTÍNEZ**
                                                  **UNITED STATES MAGISTRATE JUDGE**